# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Sunny George | § | Case No. 16-03544 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/05/2016 . The undersigned trustee was appointed on 02/05/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 39,682.33

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 331.00 |
| Bank service fees | 178.54 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 39,172.79 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/10/2016 and the deadline for filing governmental claims was 08/10/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,718.23 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,718.23 , for a total compensation of $ 4,718.23 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 16.20 , for total expenses of $ 16.20 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/06/2017                By: /s/STEVEN R. RADTKE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-03544 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Sunny George | | | | Date Filed (f) or Converted (c): | 02/05/2016 (f) |
| | | | | | 341(a) Meeting Date: | 03/07/2016 |
| For Period Ending: | 03/06/2017 | | | | Claims Bar Date: | 08/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Single-family home, 7416 Arcardia Ave, Morton Grove, IL | 280,000.00 | 280,000.00 | | 0.00 | FA |
| 2.  2003 Honda Odyssey | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 3.  2006 Lexus ES330 | 2,500.00 | 4,000.00 | | 0.00 | FA |
| 4.  2011 Audi A4Quatro | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 5.  Furniture | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 6.  1 Computer, TV, Printer | 200.00 | 200.00 | | 0.00 | FA |
| 7.  Cash | 100.00 | 100.00 | | 0.00 | FA |
| 8.  Savings, Glenview State Bank | 323.00 | 323.00 | | 0.00 | FA |
| 9.  Checking, Harris Bank | 218.00 | 218.00 | | 0.00 | FA |
| 10.  Checking, Citibank | 96.00 | 96.00 | | 0.00 | FA |
| 11.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 12.  16.667% Interest Sixers Corporation-1443 Church Street, Nort | 32,000.00 | 300,000.00 | | 0.00 | FA |
| 13.  401K Fidelity | 69,000.00 | 69,000.00 | | 0.00 | FA |
| 14.  IRA Prudential | 27,000.00 | 27,000.00 | | 0.00 | FA |
| 15.  ROTH IRA Prudential | 2,500.00 | 2,500.00 | | 0.00 | ROFA |
| 16.  Prudential | 2,640.00 | 2,640.00 | | 0.00 | FA |
| 17.  Federal Life Insurance Company | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 18.  Columbian Financial Group | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 19.  Comumbian Mutual Life Insurance Company | 11,000.00 | 11,000.00 | | 0.00 | FA |
| 20.  16.67% Interest Sixers Corporation-4701 Locust Ave., Glenvie | 32,000.00 | 32,000.00 | | 33,333.33 | FA |
| 21.  2015 Federal and State tax refnds (u) | 6,349.00 | 6,349.00 | | 6,349.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $497,926.00 | $767,426.00 | $39,682.33 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

2/2017 TFR sent to UST for approval

12/2016 Trustee received funds representing unscheduled non-exempt portion of debtor's 2015 federal and state tax refunds

9/2016 Trustee given leave per order of Court to sell Estate's right, title and interest in the Sixers stock; payment to be received 9/13/16

6/2016 Trustee given leave to vote estate's share of stock of Sixers Corp. to liquidate assets of corporation

5/2016  Trustee employed special counsel to assist him in liquidating the estate's 1/6th shareholder interest in the stock of Sixers Corp. which corporation owns title to investment real estate located in Northbrook, Illinois and Glenview, Illinois


Initial Projected Date of Final Report (TFR): 06/30/2018          Current Projected Date of Final Report (TFR): 06/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 16-03544 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Sunny George | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6248 |
| | Checking |
| Taxpayer ID No: XX-XXX0810 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/06/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | | | 5 | 6 | 7 |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/13/16 | 20 | Jody B. Rosenbaum Attorney at Law Client Escrow Account 722A W Junior Terrace Chicago, IL 60613 | Proceeds of Sale of estate's 16.67% interest in shares of stock of Sixers Corporation (Corporation held legal title to 1443 Church Street, Northbrook, IL and 4701 Locust Avenue, Glenview, IL) | 1129-000 | $33,333.33 | | $33,333.33 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.77 | $33,304.56 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.51 | $33,255.05 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.85 | $33,207.20 |
| 12/22/16 | 21 | Sunny George | Unscheduled Tax Refunds | 1224-000 | $6,349.00 | | $39,556.20 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.41 | $39,503.79 |
| 02/07/17 | 1001 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | FEIN 81-6760810; 2016 IL-1041-V | 2820-000 | | $331.00 | $39,172.79 |

| | | |
|---|---|---|
| COLUMN TOTALS | $39,682.33 | $509.54 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $39,682.33 | $509.54 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $39,682.33 | $509.54 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals:          $39,682.33          $509.54

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6248 - Checking | $39,682.33 | $509.54 | $39,172.79 |
|  | $39,682.33 | $509.54 | $39,172.79 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $39,682.33 |
| Total Gross Receipts: | $39,682.33 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-03544  
Debtor Name: Sunny George  
Claims Bar Date: 8/10/2016  

Date: March 6, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $4,718.23 | $4,718.23 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $16.20 | $16.20 |
| 100 3210 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $13,855.00 | $13,855.00 |
| 100 3220 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $25.00 | $25.00 |
| 100 3410 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $1,275.00 | $1,275.00 |
| 1 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $1,812.00 | $1,812.29 | $1,812.29 |
| 2 300 7100 | Bank Of New York Mellon<br>C/O Mark Schramm<br>One East Wacker Dr., Suite 2850<br>Chicago, Il 60601 | Unsecured | | $580,000.00 | $579,197.84 | $579,197.84 |
| 3 300 7100 | American Express Bank Fsb<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | | $17,385.00 | $17,677.10 | $17,677.10 |
| 4 300 7100 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53708-8973 | Unsecured | | $0.00 | $84,996.06 | $84,996.06 |

Page 1                               Printed: March 6, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-03544  
Debtor Name: Sunny George  
Claims Bar Date: 8/10/2016  
Date: March 6, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>300<br>7100 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank<br>(Abt Electronics)<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $2,199.00 | $2,199.53 | $2,199.53 |
| | Case Totals | | | $601,396.00 | $705,772.25 | $705,772.25 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-03544
Case Name: Sunny George
Trustee Name: STEVEN R. RADTKE

| | Balance on hand | $ | 39,172.79 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 4,718.23 | $ 0.00 | $ 4,718.23 |
| Trustee Expenses: STEVEN R. RADTKE | $ 16.20 | $ 0.00 | $ 16.20 |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ 13,855.00 | $ 0.00 | $ 13,855.00 |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ 25.00 | $ 0.00 | $ 25.00 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,275.00 | $ 0.00 | $ 1,275.00 |

Total to be paid for chapter 7 administrative expenses           $           19,889.43

Remaining Balance                                                $           19,283.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 685,882.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (Usa), N.A. | $ 1,812.29 | $ 0.00 | $ 50.95 |
| 2 | Bank Of New York Mellon | $ 579,197.84 | $ 0.00 | $ 16,283.95 |
| 3 | American Express Bank Fsb | $ 17,677.10 | $ 0.00 | $ 496.99 |
| 4 | Us Dept Of Education | $ 84,996.06 | $ 0.00 | $ 2,389.64 |
| 5 | Portfolio Recovery Associates, Llc | $ 2,199.53 | $ 0.00 | $ 61.83 |
| | Total to be paid to timely general unsecured creditors | | | $ 19,283.36 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE