UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 16-03544 |
| SUNNY GEORGE, | ) | Hon. Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **March 6, 2017**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/  Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

GeorgeNFRCrtSrv

## SERVICE LIST
## SUNNY GEORGE, DEBTOR
## CASE NO. 16-03544

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Sunny George
7416 Arcadia Avenue
Morton Grove, IL  60053

Capital One Bank (USA) NA
Po Box 71083
Charlotte, NC 28272-1083

Ciena Capital Funding LLC
5 Independence Point, Suite 140
Greenville, SC 29615

Bank of New York Mellon
Trust Company, N.A.
c/o Mark Schramm
One East Wacker Dr., Suite 2850
Chicago, Il 60601

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

US Dept. of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank
(ABT Electronics)
PO Box 41067
Norfolk, VA 23541

GeorgeTFRSrvList