# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| Sunny George | § | Case No. 16-03544 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 142,377.00
*(Without deducting any secured claims)*

Assets Exempt: 317,200.00

Total Distributions to Claimants: 19,283.36

Claims Discharged
Without Payment: 2,010,552.41

Total Expenses of Administration: 20,398.97

3) Total gross receipts of $ 39,682.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 39,682.33 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 494,700.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 20,398.97 | 20,398.97 | 20,398.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,434,365.00 | 702,166.77 | 702,166.77 | 19,283.36 |
| **TOTAL DISBURSEMENTS** | $ 1,929,065.00 | $ 722,565.74 | $ 722,565.74 | $ 39,682.33 |

4)  This case was originally filed under chapter 7 on  02/05/2016 .  The case was pending for 16 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/23/2017                    By:/s/STEVEN R. RADTKE
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 16.67% Interest Sixers Corporation-4701 Locust Ave., Glenvie | 1129-000 | 33,333.33 |
| 2015 Federal and State tax refnds | 1224-000 | 6,349.00 |
| TOTAL GROSS RECEIPTS | | $39,682.33 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALL AMERICAN BANK, c/o International Bank of Chicago 5069 N Broadway Chicago, IL 60640 | | 176,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | COLUMBIAN MUTUAL LIFE INSURANCE COM, PO BOX 1381 Binghamton, NY 13902 | | 8,800.00 | NA | NA | 0.00 |
| | COLUMBIAN MUTUAL LIFE INSURANCE, PO BOX 1381 Binghamton, NY 13902 | | 7,900.00 | NA | NA | 0.00 |
| | FEDERAL LIFE INSURANCE COMPANY, 3750 WEST DEERFIELD ROAD Deerfield, IL 60015 | | 2,000.00 | NA | NA | 0.00 |
| | FIDELITY | | 19,000.00 | NA | NA | 0.00 |
| | PNC BANK | | 22,000.00 | NA | NA | 0.00 |
| | STONEGATE MORTGAGE, PO BOX 619063 Dallas, TX 75261 | | 259,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 494,700.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 4,718.23 | 4,718.23 | 4,718.23 |
| STEVEN R. RADTKE | 2200-000 | NA | 16.20 | 16.20 | 16.20 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank | 2600-000 | NA | 178.54 | 178.54 | 178.54 |
| Illinois Department of Revenue | 2820-000 | NA | 331.00 | 331.00 | 331.00 |
| DiMonte & Lizak, LLC | 3210-000 | NA | 13,855.00 | 13,855.00 | 13,855.00 |
| DiMonte & Lizak, LLC | 3220-000 | NA | 25.00 | 25.00 | 25.00 |
| Popowcer Katten Ltd. | 3410-000 | NA | 1,275.00 | 1,275.00 | 1,275.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 20,398.97 | $ 20,398.97 | $ 20,398.97 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank od America, Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 23,477.00 | NA | NA | 0.00 |
| | BETTY THOMAS, 811 PONY LANE IL 60063 | | 5,000.00 | NA | NA | 0.00 |
| | Chase Crad Services, Po Box 15298 Wilmington, DE 19050 | | 3,619.00 | NA | NA | 0.00 |
| | CHASE SLATE, Cardmember Service P.O. Box 15158 Wilmington, DE 19886-6153 | | 6,860.00 | NA | NA | 0.00 |
| | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S Po Box 790040 St Louis, MO 63179 | | 16,810.00 | NA | NA | 0.00 |
| | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S Po Box 790040 St Louis, MO 63179 | | 15,404.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FLOWER THALACKAN, 1081 WATERFORD COURT Des Plaines, IL 60016 | | 2,500.00 | NA | NA | 0.00 |
| | JOHNSON K GEORGE, 18 WATER TREE DRIVE Spring, TX 77380 | | 5,000.00 | NA | NA | 0.00 |
| | MANOJ VARGHESE, 986 WHEELING ROAD Mount Prospect, IL 60056 | | 2,500.00 | NA | NA | 0.00 |
| | Pnc Bank, 2730 Liberty Ave Pittsburgh, PA 15222 | | 22,267.00 | NA | NA | 0.00 |
| | ROY MULAKUNNAM, 1 PAULINE CIRCLE Schaumburg, IL 60173 | | 5,000.00 | NA | NA | 0.00 |
| | SBA, C/O KAREN O'LOUGHLIN, ASST US ATTY 500 W MADISON, SUITE 1150 Chicago, IL 60661 | | 400,000.00 | NA | NA | 0.00 |
| | Stonegate Mortage Corp, 157 S Main St Mansfield, OH 44902 | | 259,000.00 | NA | NA | 0.00 |
| | Us Bank, 200 Gibraltar Rd Ste 315 Horsham, PA 19044 | | 3,788.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Dept of Ed/Great Lakes Educational Lo, 2401 International Madison, WI 53704 | | 61,744.00 | NA | NA | 0.00 |
| 3 | American Express Bank Fsb | 7100-000 | 17,385.00 | 17,677.10 | 17,677.10 | 496.99 |
| 1 | Capital One Bank (Usa), N.A. | 7100-000 | 1,812.00 | 1,812.29 | 1,812.29 | 50.95 |
| | Ciena Capital Funding, LLC | 7100-000 | NA | 16,283.95 | 16,283.95 | 16,283.95 |
| 2 | Ciena Capital Funding, LLC | 7100-000 | 580,000.00 | 579,197.84 | 579,197.84 | 0.00 |
| 5 | Portfolio Recovery Associates, Llc | 7100-000 | 2,199.00 | 2,199.53 | 2,199.53 | 61.83 |
| 4 | Us Dept Of Education | 7100-000 | NA | 84,996.06 | 84,996.06 | 2,389.64 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 1,434,365.00** | **$ 702,166.77** | **$ 702,166.77** | **$ 19,283.36** |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 16-03544 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Sunny George | | | | Date Filed (f) or Converted (c): | 02/05/2016 (f) |
| | | | | | 341(a) Meeting Date: | 03/07/2016 |
| For Period Ending: | 05/23/2017 | | | | Claims Bar Date: | 08/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Single-family home, 7416 Arcardia Ave, Morton Grove, IL | 280,000.00 | 280,000.00 | | 0.00 | FA |
| 2.  2003 Honda Odyssey | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 3.  2006 Lexus ES330 | 2,500.00 | 4,000.00 | | 0.00 | FA |
| 4.  2011 Audi A4Quatro | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 5.  Furniture | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 6.  1 Computer, TV, Printer | 200.00 | 200.00 | | 0.00 | FA |
| 7.  Cash | 100.00 | 100.00 | | 0.00 | FA |
| 8.  Savings, Glenview State Bank | 323.00 | 323.00 | | 0.00 | FA |
| 9.  Checking, Harris Bank | 218.00 | 218.00 | | 0.00 | FA |
| 10.  Checking, Citibank | 96.00 | 96.00 | | 0.00 | FA |
| 11.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 12.  16.667% Interest Sixers Corporation-1443 Church Street, Nort | 32,000.00 | 300,000.00 | | 0.00 | FA |
| 13.  401K Fidelity | 69,000.00 | 69,000.00 | | 0.00 | FA |
| 14.  IRA Prudential | 27,000.00 | 27,000.00 | | 0.00 | FA |
| 15.  ROTH IRA Prudential | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 16.  Prudential | 2,640.00 | 2,640.00 | | 0.00 | FA |
| 17.  Federal Life Insurance Company | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 18.  Columbian Financial Group | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 19.  Comumbian Mutual Life Insurance Company | 11,000.00 | 11,000.00 | | 0.00 | FA |
| 20.  16.67% Interest Sixers Corporation-4701 Locust Ave., Glenvie | 32,000.00 | 32,000.00 | 33,333.33 | | FA |
| 21.  2015 Federal and State tax refnds (u) | 6,349.00 | 6,349.00 | 6,349.00 | | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $397,928.00        $757,428.00        $39,682.33              $0.00

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

4/2017 Waiting for checks to clear

2/2017  TFR sent to UST for approval

12/2016 Trustee received funds representing unscheduled non-exempt portion of debtor's 2015 federal and state tax refunds

9/2016 Trustee given leave per order of Court to sell Estate's right, title and interest in the Sixers stock; payment to be received 9/13/16

6/2016 Trustee given leave to vote estate's share of stock of Sixers Corp. to liquidate assets of corporation

5/2016  Trustee employed special counsel to assist him in liquidating the estate's 1/6th shareholder interest in the stock of Sixers Corp. which corporation owns title to investment real estate located in Northbrook, Illinois and Glenview, Illinois

Initial Projected Date of Final Report (TFR): 06/30/2018        Current Projected Date of Final Report (TFR): 06/30/2018

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-03544 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Sunny George | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6248 |
| | Checking |
| Taxpayer ID No: XX-XXX0810 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/23/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/13/16 | 20 | Jody B. Rosenbaum Attorney at Law Client Escrow Account 722A W Junior Terrace Chicago, IL 60613 | Proceeds of Sale of estate's 16.67% interest in  shares of stock of Sixers Corporation (Corporation held legal title to 1443 Church Street, Northbrook, IL and 4701 Locust Avenue, Glenview, IL) | 1129-000 | $33,333.33 | | $33,333.33 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $28.77 | $33,304.56 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $49.51 | $33,255.05 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $47.85 | $33,207.20 |
| 12/22/16 | 21 | Sunny George | Unscheduled Tax Refunds | 1224-000 | $6,349.00 | | $39,556.20 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $52.41 | $39,503.79 |
| 02/07/17 | 1001 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | FEIN 81-6760810; 2016 IL-1041-V | 2820-000 | | $331.00 | $39,172.79 |
| 04/06/17 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $4,718.23 | $34,454.56 |
| 04/06/17 | 1003 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $16.20 | $34,438.36 |

Page Subtotals: $39,682.33 $5,243.97

Case 16-03544   Doc 45   Filed 06/02/17   Entered 06/02/17 16:07:01   Desc Main
Document   Page 12 of 14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 16-03544 | | | | Trustee Name: STEVEN R. RADTKE | | |
| Case Name: Sunny George | | | | Bank Name: Associated Bank | | |
| | | | | Account Number/CD#: XXXXXX6248 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX0810 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 05/23/2017 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/06/17 | 1004 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $13,855.00 | $20,583.36 |
| 04/06/17 | 1005 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $25.00 | $20,558.36 |
| 04/06/17 | 1006 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,275.00 | $19,283.36 |
| 04/06/17 | 1007 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 2.81 % per court order. | 7100-000 | | $50.95 | $19,232.41 |
| 04/06/17 | 1008 | Bank Of New York Mellon<br>C/O Mark Schramm<br>One East Wacker Dr., Suite 2850<br>Chicago, Il 60601 | Final distribution to claim 2 representing a payment of 2.81 % per court order. | 7100-000 | | $16,283.95 | $2,948.46 |
| 04/06/17 | 1009 | American Express Bank Fsb<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 3 representing a payment of 2.81 % per court order. | 7100-000 | | $496.99 | $2,451.47 |
| 04/06/17 | 1010 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53708-8973 | Final distribution to claim 4 representing a payment of 2.81 % per court order. | 7100-000 | | $2,389.64 | $61.83 |
| 04/06/17 | 1011 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank<br>(Abt Electronics)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 5 representing a payment of 2.81 % per court order. | 7100-000 | | $61.83 | $0.00 |
| 04/27/17 | 1008 | Bank Of New York Mellon<br>C/O Mark Schramm<br>One East Wacker Dr., Suite 2850<br>Chicago, Il 60601 | Final distribution to claim 2 representing a payment of 2.81 % per court order. Reversal | 7100-000 | | ($16,283.95) | $16,283.95 |

| | | | Page Subtotals: | | $0.00 | $18,154.41 |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-03544 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Sunny George | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6248 |
| | Checking |
| Taxpayer ID No: XX-XXX0810 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/23/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/17 | 1012 | Ciena Capital Funding, LLC 5 Independence Pointe Suite 140 Greenville, SC 29615 | Final distribution to Claim No. 2 representing a payment of 2.81% per court order. This check replaces Check No. 1008 which was made payable to "Bank of New York Mellon", which appeared on the face of the proof of claim as "other names the creditor used with the debtor". The original check should have been made payable to "Ciena Capital Funding, LLC", the name appearing on the proof of claim as the "current creditor". | 7100-000 | | $16,283.95 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $39,682.33 | $39,682.33 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $39,682.33 | $39,682.33 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $39,682.33 | $39,682.33 |

Page Subtotals:                    $0.00        $16,283.95

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6248 - Checking | $39,682.33 | $39,682.33 | $0.00 |
| | $39,682.33 | $39,682.33 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $39,682.33 |
| Total Gross Receipts: | $39,682.33 |

Page Subtotals:                    $0.00          $0.00